247 So.2d 868

**Ida Sue Brown RAYBORN**

v.

**Davis RAYBORN, Jr.**

No. 51393.

May 26, 1971.

In re: Ida Sue Brown Rayborn applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 246 So.2d 400.

Writ refused. The judgment is not final.

247 So.2d 868

**Ralph W. SIMS**

v.

**Dr. Mortimer SILVEY et al.**

No. 51419.

May 26, 1971.

In re: Ralph W. Sims applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 246 So.2d 394.

Writ refused. On the facts found by the court of appeal, the result is correct.